# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420−3 | User: weathers | Date Created: 10/14/2016 |
| Case: 16−80104−dd | Form ID: pdf01 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    George Barry Cauthen    George.Cauthen@nelsonmullins.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Bettis C. Rainsford    PO Box 388    108 1/2 Court House Square    Edgefield, SC 29824

TOTAL: 1